IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JESUS MATA,

      Appellant,

                                  Case No.    5D21-1581
v.                                   LT Case No. 2012-CF-1600

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 19, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Jesus Mata, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.